

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | | No. 08-14-00270-CV |
| | § | |
| IN RE:  LINDA S. RESTREPO AND | | AN ORIGINAL PROCEEDING |
| CARLOS E. RESTREPO, | § | |
| | | ON PETITION FOR |
| Relators. | § | |
| | | WRIT OF PROHIBITION |
| | § | |

**J U D G M E N T**

The court has considered this cause on the Relators' petition for writ of prohibition and the same being considered, it is the opinion of this Court that Relators' petition should be dismissed.  We therefore dismiss the petition in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 8TH DAY OF OCTOBER, 2014.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Barajas, C.J., (Senior Judge)
(Barajas, C.J., Senior Judge, sitting by assignment, not participating)